# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NOVINGER GROUP, INC., et al.,** | : | **CIVIL ACTION NO. 1:06-CV-0188** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **HARTFORD INSURANCE, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 23rd day of May, 2006, upon consideration of defendant's notice of withdrawal (Doc. 14), averring that arbitration proceedings have mooted its pending motion (Doc. 14) for stay of proceedings, it is hereby ORDERED that the motion (Doc. 14) for stay of proceedings is deemed WITHDRAWN.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge