IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NOVINGER GROUP, INC.**, et al., | : | CIVIL ACTION NO. 1:06-CV-0188 |
| | : | |
| Plaintiffs | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **HARTFORD INSURANCE, INC.**, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 18th day of December, 2006, upon consideration of the motion to stay (Doc. 27), requesting that the pretrial and trial schedule in the above-captioned matter be stayed pending resolution of the motion to dismiss (Doc. 16), it is hereby ORDERED that:

1. The motion (Doc. 27) to stay is GRANTED.

2. Proceedings in the above-captioned action are STAYED pending resolution of the motion to dismiss (Doc. 16).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge